[No. 51620-5-I. Division One. November 17, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY LEE TORRES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07368-7, Richard A. Jones, J., entered November 14, 2002. *Affirmed as modified* by unpublished opinion per Kennedy, J., concurred in by Cox, A.C.J., and Baker, J.

[No. 52011-3-I. Division One. November 17, 2003.]

PACIFIC INDUSTRIES, INC., *Appellant*, v. JOGINDER P. SINGH, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-04914-1, James A. Doerty, J., entered March 5, 2003. *Affirmed* by unpublished opinion per Agid, J., concurred in by Cox, A.C.J., and Ellington, J. Now published at 120 Wn. App. 1.

[No. 52047-4-I. Division One. November 17, 2003.]

*In the Matter of the Personal Restraint of* SHAUN ANDREW FRY, *Petitioner*.

Petition for relief from personal restraint. *Granted in part* by unpublished per curiam opinion.

[No. 21344-7-III. Division Three. November 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE JAMES AVINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 01-1-00123-3, John Hotchkiss, J., entered July 15, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Schultheis, JJ.